the Court of Claims dismissing the plaintiff's claim. Appellant's husband and testator was a juror in the case of *People* v. *Molineux* (168 N. Y. 264). It is alleged that the trial commenced in November, 1899, and lasted until in February, 1900; that, in the latter part of January, as the trial was approaching the end, the claimant's testator was taken ill with grippe, bronchitis, rheumatism and lymphangitis; that said condition, sickness and disease was caused by the unsafe, unsanitary, unwholesome, and ill-ventilated condition of the court house; that a two weeks' adjournment was necessary, and to obviate longer delay, the judge agreed to see that Mr. Brown had proper care while in the court room and proper conveyance when leaving the court house, and that the conditions complained of, as aforesaid, should be corrected; that this was not done, and that by reason of such illness and lack of care, he died October 6, 1913.

*Edward M. Grout* and *Dean Potter* for appellant.

*Carl Sherman, Attorney-General* (*W. J. Wetherbee* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound and McLaughlin, JJ. Absent: Crane and Andrews, JJ.

---

William M. McLean, Appellant, *v.* F. W. Woolworth Company, Respondent.

*Real property — covenants — when clause in deed restricting height of building does not constitute easement in favor of remaining lands of grantor.*

McLean v. *Woolworth Co.,* 204 App. Div. 118, affirmed.

(Argued June 6, 1923; decided July 13, 1923.)

Appeal from a judgment, entered February 15, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The action was to have it adjudged that the defendant be

perpetually enjoined, in virtue of a restrictive covenant in. the deed of certain premises, from constructing any building thereon exceeding in height one story. The covenant read as follows: " The building erected or to be erected on lot hereby conveyed to be only one story high." The Appellate Division held that there was no covenant or easement in favor of grantor's remaining property.

*Frederick Collin* for appellant.

*H. D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM DE GOODE, Respondent.

*Crimes — larceny — judgment convicting defendant of grand larceny in first degree reversed.*

*People* v. *De Goode*, 203 App. Div. 35, affirmed.

(Argued June 7, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1922, which reversed a judgment of the Kings County Court, rendered upon a verdict convicting defendant of the crime of grand larceny in the first degree and granted a new trial.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* and *William F. X. Geoghan* of counsel), for appellant.

*Peter P. Smith, William H. Good* and *J. G. Finklestein* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.